IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR SHARIF LITTLE, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | No. 07-5361 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

## **O R D E R**

**AND NOW**, this 11th day of June, 2010, upon consideration of Defendants' uncontested Motion for Summary Judgment (Doc. No. 18), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE